# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGARET POLK** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-241** |
| **FIDELITY NATIONAL INSURANCE COMPANY** | **SECTION: "C" (4)** |

# ORDER

This matter is before the Court on the issue of its subject matter jurisdiction. The Court previously ordered that the parties submit memoranda on the issue of amount in controversy at the time of filing. Rec. Doc. 9. The plaintiff submitted a memorandum arguing that this Court has jurisdiction on the basis of diversity jurisdiction, alleging that the parties are completely diverse and that the jurisdictional minimum has been satisfied. Rec. Doc. 13 at 1. The defendant also submitted a memorandum claiming federal jurisdiction under 42 U.S.C. §4072. Rec. Doc. 14.

The Fifth Circuit Court of Appeals has held that the party attempting to invoke jurisdiction must "allege with sufficient particularity the facts creating jurisdiction, in view of the nature of the right asserted, and, if appropriately challenged, or if inquiry be made by the court of its own motion, to support the allegation." *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 287 (1938), (*citing McNutt v. General Motors Corp.*, 298 U.S. 178, 182-189 (1936)); *Diefenthal v. Civil Aeronautics Board*, 681 F.2d 1039 (5th Cir. 1983), (*cert. denied*, 459

U.S. 1107 (1983)). In this case, as the party invoking the court's jurisdiction, the plaintiff has the burden to show that this case is properly before this Court. From the plaintiff's amended complaint, Rec. Doc. 1, and the plaintiff's memorandum addressing subject matter jurisdiction, it is unclear precisely what damages the plaintiff is asserting her property sustained. Rec. Doc. 13.

Accordingly,

**IT IS ORDERED that the plaintiff submit a more detailed statement of her claims under her policy with Fidelity National Insurance Company, no later than July 15, 2009. In particular, the plaintiff must submit specific information and affirmative proof as to whether she is seeking damages under her flood insurance or homeowner's policy, or both.**

New Orleans, Louisiana this 2nd day of July, 2009.

_____
**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**